■ ALPHA RUSSO, Appellant, v JOHN RUSSO, Respondent.—Appeal by plaintiff from a judgment of the Supreme Court, Kings County, entered January 15, 1975, which *inter alia* granted her a divorce. By written stipulation, dated April 2, 1975, the parties, through their attorneys, have agreed to specific modifications of the judgment. In accordance with the stipulation, the judgment is modified, without costs, by (1) increasing the counsel fee awarded therein to a total of $5,000 and (2) requiring defendant to obtain term insurance on his life, naming plaintiff as beneficiary, or, alternatively, requiring him to assign any existing life insurance policy to plaintiff, the face amount of the policy to be not less than $25,000, and all premiums to be paid by plaintiff. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.

■ THERESE SANFILIPPO, Respondent, v PAUL J. SANFILIPPO, Appellant.— Appeal by defendant from a judgment of the Supreme Court, County of Queens, entered on or about May 31, 1972, which, after a nonjury trial, granted plaintiff a separation, alimony and counsel fees. Judgment affirmed, with costs. The original $1,500 paid by plaintiff to her attorneys shall be returned to her out of the $7,500 counsel fee allowed in the judgment. Gulotta, P. J., Rabin, Hopkins, Martuscello, Shapiro, JJ., concur.

■ MARTIN F. CARNEY, as Administrator of the Estate of JAMES CARNEY, Deceased, Appellant, v ALLAN L. PORT, Respondent.—In an action to recover damages for wrongful death, plaintiff appeals from a judgment of the Supreme Court, Kings County, entered June 14, 1973, in favor of defendant upon the trial court's dismissal of the complaint at the close of the entire case. Judgment reversed, on the law and in the interests of justice, and new trial granted, with costs to abide the event. The appeal did not present questions of fact. The Trial Judge's interference in the trial may have prevented plaintiff from adducing evidence sufficient to establish a prima facie case. Gulotta, P. J., Martuscello, Latham, Cohalan and Shapiro, JJ., concur.